UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:11-cv-00796-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | June 12, 2013 |
| PETER DEANGELI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is the Government's Motion for Relief from Requirement that Person with Settlement Authority Attend Settlement Conference which seeks expedited review.  (Doc. # 25.)  Plaintiff requests that the Court authorize Assistant United States Attorney Holly A. Vance participate in the settlement conference in person while an agency representative with full settlement authority participates by telephone at the settlement conference scheduled herein on June 26, 2013 (*id*).

Good cause appearing, the Government's motion (Doc. # 25) is **GRANTED.**  However, the Government's representative who will participate by telephone must be immediately available by telephone for the duration of the settlement conference.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
                Deputy Clerk